## SECOND DEPARTMENT, APRIL, 1975

### (April 4, 1975)**

■ In the Matter of HAROLD O'NEILL, Petitioner, v JAMES R. CARUSO, as Judge of the County Court, Westchester County, et al., Respondents.— Proceeding pursuant to CPLR article 78 (1) to prohibit respondents from trying petitioner upon the second count of Indictment No. 72-00204 and (2) to dismiss said count on the ground that retrial of petitioner upon said count would violate his constitutional protection against double jeopardy and that CPL 310.60 (subd 2) requiring such retrial is unconstitutional. Application denied and proceeding dismissed, without costs. Temporary stay contained in order to show cause signed by Hon. Arthur D. Brennan is vacated. Rabin, Acting P. J., Martuscello, Cohalan, Brennan and Munder, JJ., concur.

### (April 15, 1975)**

■ In the Matter of HAROLD O'NEILL, Petitioner, v JAMES R. CARUSO, as Judge of the County Court, Westchester County, et al., Respondents.— Motion by petitioner to vacate the decision and order of this court dated April 4, 1975 and to issue a new decision and order for the denial of petitioner's application. Motion granted to the extent of amending the decision and order dated April 4, 1975 by adding thereto, following the

---

* Not published with other decisions of December, 1974, 46 AD2d 884. [Rep.

** Not published with other decisions of April, 1975, 47 AD2d 897. [Rep.

words "and proceeding dismissed" the words "on the law". Rabin, Acting P. J., Martuscello, Cohalan, Brennan and Munder, JJ., concur.